Lacey Searfoss, O'Fallon, MO, Denise Leanne Thomas, Attorney General's Office, St. Louis, MO, for Appellee.

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

PER CURIAM.

William G. Carter appeals the district court's [1] order granting defendant's Federal Rule of Civil Procedure 12(b)(6) motion to dismiss Carter's 42 U.S.C. § 1983 complaint. Having carefully reviewed the rec-

1. The Honorable Henry E. Autrey, United States District Judge for the Eastern District

ord and considered Carter's arguments, we find no basis for reversal. *See Atkinson v. Bohn,* 91 F.3d 1127, 1128–29 (8th Cir.1996) (per curiam) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

**Kenny Franklin EDMONSON, Appellant,**

v.

**Paul Orin JOHNSON; Gary Fuller; William H. Barbour, Jr; Sarrett Investments; Matt Ishee; Jerry Sarrett; Giles Wood Bond, Jr.; Alford G. Nichols, Jr.; Don Grant; Bruce Johnson; Rogers Dabbs Chevrolet, also known as Hummer, Inc.; Robert A. Kay; Cingular Wireless; Robert Taylor; State Bank & Trust Company; City of Brandon; Edward Peters; State of Mississippi; Larry Dyke; Anthony J. Buckley; Ross Barnett, Jr,; Tommy Mayfield; David Ruth; Board of Supervisors, Jones County; Stuart Robinson; Michael Guess; Board of Supervisors, Rankin County; Michael Robinson; Board of Supervisors, Yazoo County; James Williams; Richard D. Nash; Board of Supervisors, Hinds County; Charlie Foreman; SRT Towing; Laurel Leader Call Newspaper; Brian Livingston; Edgar Lampley; James Finley; Laurelwood Apartments; Furr Smith & Associ-**

of Missouri.

ates; Charles M. McCollum; Ronnie Pennington; David B. Clark; The Mississippi Bar; Sarrett Realty; Malcolm McMillian; Beverly Sarrett; Geneva Johnson; David Lyons; Martin Beech; Bobby DeLaughter; Gary Johnston; Johnston Auto Sales; Ronald Broom; City of Laurel; Others Unknown to the Plaintiff, Appellees.

No. 06–1585.

United States Court of Appeals, Eighth Circuit.

Submitted: May 25, 2007.

Filed: May 29, 2007.

Kenny Franklin Edmonson, Laurel, MS, pro se.

Before COLLOTON, BEAM, and BENTON, Circuit Judges.

PER CURIAM.

Kenny Edmonson, currently serving supervised release on a federal conviction, appeals the district court's [1] preservice dismissal without prejudice of his action brought under the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1964(a). We affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.